UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STEVE AUDELO**, on behalf of
himself and all other similarly situated,

    **Plaintiff**,

v.                                                                Case No. 3:23cv24250-TKW-ZCB

**JOHNSON & JOHNSON
CONSUMER INC.** and **THE
PROCTER & GAMBLE
COMPANY**,

    **Defendants**.
_____/

## **ORDER**

This case is before the Court based on Defendant Johnson & Johnson Consumer Inc. (JJCI)'s motion to substitute attorney (Doc. 9). The Court does not have jurisdiction to rule on the motion because this case was transferred to the Eastern District of New York by the Judicial Panel on Multidistrict Litigation last month. *See* Doc. 6. Accordingly, it is

**ORDERED** that JJCI's motion to substitute attorney is **DENIED** without prejudice to seeking that relief in the transferee court or in a subsequent motion if the case is remanded to this Court.

**DONE and ORDERED** this 29th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**